UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| *In re: Midwestern Pet Foods Marketing, Sales Practices and Product Liability* | Case No.: 3:21-cv-00007-RLY-MPB |
| **This Document Relates to:**<br><br>SHANDA MARSHALL and CHANLER POTTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWESTERN PET FOODS, INC.,<br><br>Defendant. | Case No. 3:21-cv-50-RLY-MPB |

## MOTION TO APPEAR *PRO HAC VICE*
### FILED ON BEHALF OF ATTORNEY REBECCA A. PETERSON

Kathleen A. DeLaney of the law firm Delaney & Delaney LLC, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Rebecca A. Peterson of Lockridge Grindal Nauen P.L.L.P., leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff Shanda Marshall and Chanler Potts in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Rebecca A. Peterson, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Rebecca A. Peterson leave to appear *pro hac vice* for purposes of this cause only.

Dated:  April 6, 2021                                          Respectfully submitted,

<ins>/s/ *Kathleen A. DeLaney*</ins>
Kathleen A. DeLaney
**DELANEY & DELANEY LLC**
3646 North Washington Blvd.
Indianapolis, IN 46205
Telephone:  (317) 920-0400
Facsimile:  (317) 920-0404
kathleen@delaneylaw.net