Exhibit A

## Certification of Rebecca A. Peterson
## In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Kathleen A. DeLaney of the law firm Delaney & Delaney LLC, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| Court | Admission Date |
|---|---|
| District of Minnesota | 01/06/2012 |
| Minnesota Supreme Court | 12/19/2011 |
| Central District of California | 01/08/2007 |
| Eastern District of California | 08/23/2018 |
| Southern District of California | 04/23/2008 |
| Northern District of California | 10/28/2015 |
| District of Colorado | 02/03/2010 |
| Central District of Illinois | 05/11/2018 |
| District of North Dakota | 10/30/2012 |
| Eastern District of Wisconsin | 01/15/2019 |

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated:  April 6, 2021                                    Respectfully submitted,

_____
Rebecca A. Peterson
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile:   (612) 339-0981
rapeterson@locklaw.com