## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| *In re: Midwestern Pet Foods Marketing, Sales Practices and Product Liability* | Case No.: 3:21-cv-00007-RLY-MPB |
| **This Document Relates to:**<br><br>SHANDA MARSHALL and CHANLER POTTS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MIDWESTERN PET FOODS, INC.,<br><br>    Defendant. | Case No. 3:21-cv-50-RLY-MPB |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Kathleen A. DeLaney of the law firm Delaney & Delaney LLC seeking an Order granting Rebecca A. Peterson of Lockridge Grindal Nauen P.L.L.P., leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs Shanda Marshall and Chanler Potts in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

**Rebecca A. Peterson**
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
**100 Washington Ave. S., Suite 2200**
**Minneapolis, MN 55401**
**Telephone:  (612) 339-6900**
**Facsimile:    (612) 339-0981**
**rapeterson@locklaw.com**

Dated: _____          _____
                                                                 Hon. Richard L. Young
                                                                 United States District Court
                                                                 Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF

To PHV applicant via U.S. Mail
    **Rebecca A. Peterson**
    **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
    **100 Washington Ave. S., Suite 2200**
    **Minneapolis, MN 55401**
    **Telephone:  (612) 339-6900**
    **Facsimile:   (612) 339-0981**
    **rapeterson@locklaw.com**