**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| *In re: Midwestern Pet Foods Marketing, Sales Practices and Product Liability Litigation* | Case No.: 3:21-cv-00007-RLY-MPB |

**PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM COUNSEL**
**PURSUANT TO FED. R. CIV. P. 23(g)**

Pursuant to Fed. R. Civ. P. 23(g), and this Court's March 29, 2021 Order on Plaintiffs' Joint Motion to Consolidate, Plaintiffs Tiffany Carlson, Tammy Johnson, Stephanie Romero, David Starnes, Staci Foote, Ashley Lill, Crystal Fabela, Harvey Williams, Owen Woodall, Vollie Griffin, Mel Labefre, Charles Foster, Shanda Marshall, and Chanler Potts (collectively "Plaintiffs"), by and through their counsel of record, hereby move for the appointment of the following attorneys as Interim Counsel: Rosemary M. Rivas, Jeffrey S. Goldenberg, and Mark J. Tamblyn as Interim Co-Lead Counsel; Lynn A. Toops and Kathleen A. DeLaney as Interim Co-Liaison Counsel; and Jessica J. Sleater, Charles E. Schaffer, Joseph G. Sauder and Bruce E. Newman as Interim Executive Committee members.

This motion is supported by counsel for all Plaintiffs presently before this Court and is based on the arguments set forth in the accompanying Memorandum of Law, and the Declarations of Rosemary M. Rivas, Jeffrey S. Goldenberg, and Mark J. Tamblyn and the exhibits thereto.[1]

---

[1] Counsel for Defendant, Mr. Justin M. Penn, was provided with a copy of this motion but to date has not had an opportunity to discuss it with Midwestern. Mr. Penn has informed Plaintiffs that Midwestern will advise the Court within the next seven (7) days if it intends to take a position on this motion.

Dated:  April 19, 2021	Respectfully submitted,

/s/ Lynn A. Toops
Lynn A. Toops
Lisa M. La Fornara
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

Kathleen A. DeLaney
**DELANEY & DELANEY LLC**
3646 North Washington Blvd.
Indianapolis, IN  46205
Telephone: (317) 920-0400
Facsimile: (317) 920-0404
kathleen@delaneylaw.net

*Proposed Interim Co-Liaison Counsel*

/s/ Rosemary M. Rivas
Rosemary M. Rivas (*pro hac vice*)
Mark Troutman (*pro hac vice*)
David Stein (*pro hac vice*)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com
mht@classlawgroup.com
ds@classlawgroup.com

/s/ Jeffrey S. Goldenberg
Jeffrey S. Goldenberg (*pro hac vice*)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8297
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

/s/ Mark J. Tamblyn
Kenneth A. Wexler (*pro hac vice*)
Mark J. Tamblyn *(pro hac vice)*
**WEXLER WALLACE LLP**

333 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-7692
Facsimile: (312) 346-0022
kaw@wexlerwallace.com
mjt@wexlerwallace.com

*Proposed Interim Co-Lead Counsel*

Jessica J. Sleater (*pro hac vice*)
**ANDERSEN SLEATER SIANNI LLC**
1250 Broadway, 27th Floor
New York, New York 10001
Telephone: (646) 599-9848
jessica@andersensleater.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

Joseph G. Sauder
**SAUDER SCHELKOPF, LLC**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (888) 711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com

Bruce E. Newman (*pro hac vice*)
**BROWN, PAINDIRIS & SCOTT, LLP**
747 Stafford Avenue
Bristol, CT 06010
Phone: (860) 583-5200
Facsimile: (860) 589-5790
bnewman@bpslawyers.com

*Proposed Interim Executive Committee*

## CERTFICIATE OF SERVICE

I hereby certify that on April 19, 2021, a copy of the foregoing **PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM COUNSEL PURSUANT TO FED. R. CIV. P.23(g)** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

\s\ *Lynn A. Toops*