UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MIDWESTERN PET FOODS MARKETING, | ) | No. 3:21-cv-00007-RLY-MPB |
| SALES PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | |

**MAGISTRATE JUDGE'S ORDER ON
VIRTUAL SETTLEMENT CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, virtually via Zoom, at 10:30 a.m. (CST), on November 5, 2021, for a conference under Rule 16, Federal Rules of Civil Procedure. The parties were present and represented by counsel.

The parties conducted settlement negotiations, and will continue the discussion in private mediation.

Thereafter, the following **ORDER** is entered:

1. A **TELEPHONIC STATUS CONFERENCE** is set for **DECEMBER 22, 2021** at 9:30 a.m., Evansville time (CST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** November 9, 2021

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

1

**Served electronically on all ECF-registered counsel of record.**