UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| *In re: Midwestern Pet Foods Marketing, Sales Practices and Product Liability Litigation* | Case No. 3:21-cv-00007-RLY-MPB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF KENNETH A. WEXLER AS REPLACEMENT INTERIM COUNSEL FOR INTERIM COUNSEL MARK J. TAMBLYN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)**

This cause has come before the Court upon the Plaintiffs' Renewed Motion for Appointment of Kenneth A. Wexler as Replacement Interim Counsel for Interim Counsel Mark J. Tamblyn Pursuant to Federal Rule of Civil Procedure 23(g), in the above-styled cause. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Dated: _____

                                                                         Hon. Matthew P. Brookman
                                                                         United States Magistrate Judge
                                                                         Southern District of Indiana

Distribution:

To all registered counsel by CM/ECF