UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| *In re: Midwestern Pet Foods Marketing, Sales Practices and Product Liability Litigation* | Case No. 3:21-cv-00007-RLY-MPB |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs Kelleen Reagan, Marcia Berger, Tammy Johnson, Harvey Williams, Jannette Kern, Ashley Lill, Charles Foster, James Buechler, Sue Flynn, Tiffany Carlson, Connor Staponski, Shannon Proulx, Stephanie Romero, Shanda Marshall, Owen Woodall, David Starnes, Chanler Potts, Vollie Griffin, Henry Franco, Jr., Robert Lee, and Crystal Fabela ("Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order:

1. Granting preliminary approval of the proposed class action Settlement;

2. Preliminarily certifying, for settlement purposes only, and pursuant to the terms of the Settlement Agreement, the proposed Settlement Class for the purposes of providing notice to the Members of the proposed Settlement Class, approving the form and content of, and directing the distribution of the proposed Class Notice, attached as Exhibit B to the Settlement Agreement;

3. Authorizing and directing the Parties to retain Epiq as the Settlement Administrator;

4. Appointing Jeffrey S. Goldenberg of Goldenberg Schneider, L.P.A, Rosemary M. Rivas of Gibbs Law Group LLP, and Kenneth A. Wexler of Wexler Boley & Elgersma LLP as Class Counsel.

5. Scheduling a date for the Final Approval Hearing not earlier than August 14, 2023.

In support of this Motion, Plaintiff relies upon the accompanying Memorandum in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement ("Memorandum"); the Declaration of Jeffrey S. Goldenberg ("Goldenberg Decl.") attached as Exhibit 3 to the Memorandum; the Declaration of Cameron Azari ("Azari Decl.") attached as Exhibit E to the Settlement Agreement; the Settlement Agreement attached as Exhibit 1 to the Memorandum[1]; the records, pleadings, and papers filed in this action; and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

A Proposed Order Granting Preliminary Approval to this Settlement is attached as Exhibit 2 to the Memorandum.

Dated:  January 9, 2023                                          Respectfully submitted,

                                                                 /s/ Jeffrey S. Goldenberg

                                                                 Kathleen A. DeLaney
                                                                 **DELANEY & DELANEY LLC**
                                                                 3646 North Washington Blvd.
                                                                 Indianapolis, IN  46205
                                                                 Telephone: (317) 920-0400
                                                                 Facsimile: (317) 920-0404
                                                                 kathleen@delaneylaw.net
                                                                 aconklin@delaneylaw.net

                                                                 Lynn A. Toops
                                                                 **COHEN & MALAD, LLP**
                                                                 One Indiana Square, Suite 1400
                                                                 Indianapolis, Indiana 46204
                                                                 Telephone: (317) 636-6481
                                                                 ltoops@cohenandmalad.com
                                                                 llafornara@cohenandmalad.com

                                                                 *Interim Co-Liaison Counsel*

---

[1] Class Counsel are still collecting several signatures to the Settlement Agreement and will supplement the record with a fully executed Settlement Agreement in the near future.

Rosemary M. Rivas *(pro hac vice)*
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com

Jeffrey S. Goldenberg *(pro hac vice)*
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8297
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

Kenneth A. Wexler *(pro hac vice)*
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 589-6271
kaw@wbe-llp.com

*Interim Co-Lead Counsel*

## CERTFICIATE OF SERVICE

I hereby certify that on January 9, 2023, a copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Jeffrey S. Goldenberg*